IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00345-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     GUMARO VALENCIA;
2.     ERIC GOMEZ;
3.     **ARMANDO SANDOVAL-RODRIGUEZ**; and
4.     BLAS SOSA-QUINTERO,

    Defendants.

___

## ORDER TO RESET SENTENCING HEARING
___

This matter is before the Court *sua sponte*. It is hereby

ORDERED that the sentencing hearing on behalf of Defendant Armando Sandoval-Rodriguez set for January 25, 2006 at 8:15 a.m. is RESET to January 25, 2006 at **3:30 p.m.**

DATED: January 19, 2006

                      BY THE COURT:

                      *s/ Phillip S. Figa*

                      _____
                      Phillip S. Figa
                      United States District Judge