IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00345-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GUMARO VALENCIA;
2.    ERIC GOMEZ;
**3.**    **ARMANDO SANDOVAL-RODRIGUEZ**; and
4.    BLAS SOSA-QUINTERO,

    Defendants.

---

## ORDER TO RESET SENTENCING HEARING
---

This matter is before the Court on Defendant Armando Sandoval-Rodriguez' Request to Reset Sentencing Date (Dkt. # 166). The Court having reviewed the motion and the file, hereby GRANTS said request. It is

ORDERED that the sentencing hearing on behalf of Defendant Armando Sandoval-Rodriguez set for January 25, 2006 is RESET to **January 31, 2006 at 1:30 p.m.**

    DATED: January 24, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge