IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00345-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    ARMANDO SANDOVAL-RODRIGUEZ,

    Defendant.

---

## ORDER GOVERNMENT RESPONSE TO MOTION TO VACATE

---

    This matter is before the Court on Defendant Armando Sandoval-Rodriguez's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Dkt. # 242), filed October 16, 2006.  The United States is directed to file a response to this motion by **Monday, November 6, 2006.**  Mr. Sandoval-Rodriguez shall file his reply no later than **Monday, November 27, 2006** and shall set forth the name and address of any lawyer who assisted him in preparing the motion to vacate.

    DATED: October 17, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge