IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00345-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    ARMANDO SANDOVAL-RODRIGUEZ,

    Defendant.

---

**SECOND ORDER DIRECTING GOVERNMENT RESPONSE
TO MOTION TO VACATE**

---

This matter is before the Court on Defendant Armando Sandoval-Rodriguez's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Dkt. # 242), filed October 16, 2006. By Order entered October 17, 2006 (Dkt. # 243), the Court directed the United States to file a response to this motion by Monday, November 6, 2006. No response was filed.

On August 20, 2007, Mr. Sandoval-Rodriguez fileed a motion seeking to ascertain the status of his pending motion (Dkt. # 248). The Government is DIRECTED to file any opposition to his Motion to Vacate (Dkt. # 242) no later than **September 7, 2007**. If no opposition is filed, the Court will assume there is no opposition.

If an opposition is filed, Mr. Sandoval-Rodriguez shall file his reply no later than **September 27, 2007** and shall set forth the name and address of any lawyer who assisted him in preparing the motion to vacate.

DATED:  August 22, 2007    BY THE COURT:
    *s/ Phillip S. Figa*

    _____
    Phillip S. Figa
    United States District Judge