IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 05-cr-00345-REB
Civil Action No. 06-cv-02051-REB

UNITED STATES OF AMERICA,

    Respondent,

v.

3. ARMANDO SANDOVAL-RODRIGUEZ,

    Movant.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation Regarding the Pro Se Incarcerated Defendant, Armando Sandoval-Rodriguez's Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 242)** [#254], filed March 10, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted as an order of this court.

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation Regarding the Pro Se Incarcerated Defendant, Armando Sandoval-Rodriguez's Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 242)** [#254], filed March 10, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That movant's **Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255** [#242], filed October 16, 2006, is **DENIED**;

3. That movant's **Motion Seeking To Know the Status of Case** [#248], filed August 20, 2007, is **DENIED AS MOOT**;

4. That judgment **SHALL ENTER** on behalf of respondent, the United States of America, and against movant, Armando Sandoval-Rodriguez, as to all claims for relief and causes of action; and

5. That this case is **DISMISSED WITH PREJUDICE**.

Dated April 1, 2008, at Denver, Colorado.

                                                      **BY THE COURT:**

                                                      s/ Robert E. Blackburn
                                                      **Robert E. Blackburn**
                                                      **United States District Judge**